AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Margaret Manuel

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV609-45

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of May 10, 2010 adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, judgment is entered denying the motion to vacate.

May 10, 2010
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03